**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph V. Libretti, Jr.,  <br>  Plaintiff,  <br>vs.  <br>Charles DeRosa, et al.,  <br>  Defendants. | No. CV-07-0476-PHX-PGR (CRP)  <br>(No. CV-07-0680-PHX-PGR)  <br><u>ORDER OF TRANSFER OF RELATED CASE</u> |

IT IS ORDERED that Defendants' Motion to Transfer Related Case to This Court (doc. #41) is granted pursuant to LRCiv 42.1(a)(1) and LRCiv 7.2(i) and that <u>Stone v. DeRosa</u>, CV-07-0680-PHX-JWS, is transferred from the Honorable John W. Sedwick to the undersigned Judge for all further purposes. The parties shall caption all further documents filed in this action with case number CV-07-0680-PHX-PGR.

DATED this 23rd day of May, 2008.

_(signature)_
Paul G. Rosenblatt
United States District Judge