**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph V. Libretti, Jr.,<br><br>            Plaintiff,<br>   vs.<br><br>Charles DeRosa, et al.,<br><br>            Defendants. | No. CV-07-0476-PHX-PGR (CRP)<br><br>ORDER |

Inasmuch as the Court finds that the plaintiff has shown good cause pursuant to 28 U.S.C. § 1915 why he should not have to pay the remaining balance of his filing fee,

IT IS ORDERED that the remaining balance of the plaintiff's filing fee is waived.

IT IS FURTHER ORDERED that Defendants' Motion to Stay Proceedings Pending Determination of Plaintiff's Request to Proceed *In Forma Pauperis* (doc. #56) is denied as moot.

DATED this 17th day of June, 2008.

Paul G. Rosenblatt
United States District Judge